Andrew B. Downs
Nevada Bar No. 8052
E-mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Darren T. Brenner
Nevada Bar No. 8386
E-Mail: dbrenner@wrightlegal.net
WRIGHT, FINLAY & ZAK LLP
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone: 702.475.7964
Facsimile: 702.946.1345

Attorneys for Defendant Hartford Casualty Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE LEARNING CENTER, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY dba THE HARTFORD; DOES I through X inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01213-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON PENDING MOTIONS**<br><br>[ECF No. 53] |

Plaintiff The Learning Center, Inc. and defendant Hartford Casualty Insurance Company stipulate as follows:

1. On April 15, 2021, Hartford filed two motions, a motion for summary judgment (ECF 52) and a motion in limine to exclude plaintiff expert Charles Grigsby (ECF 51).

2. Plaintiff's opposition to the motion in limine is due April 29, 2021. Its opposition to the motion for summary judgment is due May 6, 2021.

3. The parties have set a Mediation for May 12, 2021 before the Hon. Carl W. Hoffman (Ret.).

4. The parties wish to relieve plaintiff of the obligation to file oppositions to the motions until after the Mediation. Accordingly, they request that the due dates for plaintiff's oppositions be reset to:

    a. Motion in Limine: May 21, 2021, with any reply due May 28, 2021.

    b. Motion for Summary Judgment: June 1, 2021, with any reply due June 8, 2021.

DATED: April 26, 2021

BULLIVANT HOUSER BAILEY PC

By  /s/ Andrew B. Downs
    Andrew B. Downs
    Nevada Bar No. 8052
    101 Montgomery Street, Suite 2600
    San Francisco, CA 94104
    Telephone: 415.352.2700
    Facsimile: 415.352.2701

Attorneys for Defendant Hartford Casualty Insurance Company

DATED: April 26, 2021

BOWEN LAW OFFICES

By  /s/ Jerome R. Bowen* (e-mail auth, ABD)
    Jerome R. Bowen
    Nevada Bar No. 4549
    9960 W. Cheyenne Ave., Ste. 250
    Las Vegas, NV 89129
    Telephone: 702.240.5191
    Facsimile: 702.240.5797

Attorneys for Plaintiff The Learning Center

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the briefing schedule for defendant Hartford Casualty Insurance Company's Motion in Limine (ECF 51), and defendant Hartford's Motion for Summary Judgment (ECF 52) is modified to:

Motion in Limine: Any opposition is due May 21, 2021. Any reply is due May 28, 2021.

Motion for Summary Judgment: Any opposition is due June 1, 2021. Any reply is due June 8, 2021.

IT IS SO ORDERED:

Dated: April 26, 2021

_____
United States District Judge

4837-1409-1751.1

*****