JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
Counsel for Plaintiff
The Learning Center, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE LEARNING CENTER, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY dba THE HARTFORD; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants | Case No.: 2:19-cv-01213-JAD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULING ON PENDING MOTIONS (SECOND EXTENSION**)<br><br>ECF No. 55 |

Plaintiff The Learning Center, Inc. and defendant Hartford Casualty Insurance Company stipulate as follows:

1. On April 15, 2021, Hartford filed two motions, a motion for summary judgment (ECF 52) and a motion in limine to exclude plaintiff expert Charles Grigsby (ECF 51).

2. Plaintiff's opposition to the motion in limine is due May 21, 2021 and its opposition to the motion for summary judgment is due June 1, 2021 pursuant to stipulation and order of April 26, 2021 (ECF 54).

3. The parties attended a Mediation for May 12, 2021 before the Hon. Carl W. Hoffman (Ret.) and have a reached a resolution based upon some contingencies.

4. The parties wish to relieve plaintiff of the obligation to file oppositions to the motions until the final settlement documentation can be executed. Accordingly, they request that the due dates for plaintiff's oppositions be reset to:

a. Motion in Limine: May 27, 2021, with any reply due June 3, 2021.

b. Motion for Summary Judgment: June 1, 2021, with any reply due June 8, 2021 - stands

DATED: May 21, 2021

BULLIVANT HOUSER BAILEY PC

By: /s/ *Andrew B. Downs, Esq.*
Andrew B. Downs, Esq.
Nevada Bar No. 8052
101 Montgomery Street, Suite 2600
San Francisco, CA 94104

Attorneys for Defendant Hartford Casualty Insurance Company

DATED: May 21, 2021

BOWEN LAW OFFICES

By: /s/ *Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
9960 W. Cheyenne Ave., Ste. 250
Las Vegas, NV 89129

Attorneys for Plaintiff The Learning Center, Inc

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 25, 2021