UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| The Learning Center, Inc., | Case No.: 2:19-cv-01213-JAD-DJA |
| Plaintiff | **Order Denying Emergency Relief and Setting Hearing on Motions to Adjudicate Attorneys' Liens** |
| v. | |
| Hartford Casualty Insurance Company, | [ECF Nos. 59, 61, 62] |
| Defendant | |

Plaintiff The Learning Center, Inc. (TLC) reached a confidential settlement of its claims against Hartford Casualty Insurance Company. Hartford is prepared to fund the settlement but there's a hitch: TLC's prior attorneys' liens have not been released, negotiated, or adjudicated. TLC's current and prior attorneys recently communicated about the liens but did not reach a solution. So TLC moves on an emergency basis to adjudicate all of its attorneys' liens and direct Hartford to tender the settlement funds directly to TLC's current attorney's IOLTA account.[1] But TLC does not articulate why these issues merit emergency treatment, and I do not find that they do.

IT IS THEREFORE ORDERED that TLC's request to have its attorneys' fees and settlement-disbursement motions heard on an emergency basis is **DENIED**. TLC's Emergency Motion to Tender Settlement Funds Directly to Plaintiff Counsel's IOLTA **[ECF Nos. 59, 61]** and Emergency Motion for Attorney's Fees **[ECF Nos. 59, 62]** will be heard in the ordinary course. Any response to the motions must be filed **by July 29, 2021**. Any reply must be filed in accordance with LR 7-2(b).

---

[1] ECF Nos. 59, 61, 62.

IT IS FURTHER ORDERED that TLC's emergency motion to tender funds and for attorney's fees **[ECF No. 59, 61, 62] will be heard** in Courtroom 6D of the Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada 89101, at **9:30 a.m. on August 19, 2021**.

IT IS FURTHER ORDERED that TLC's current attorney Jerome R. Bowen must serve a copy of this order and copies of its emergency motions on each of TLC's former attorneys—Aldrich Law Firm, Ltd. and Shumway Van—as soon as is practicably possible. TLC must thereafter file proof of that service.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 16, 2021