JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191/ Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
Counsel for Plaintiff, The Learning Center, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE LEARNING CENTER, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY dba THE HARTFORD; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants | Case No.: 2:19-cv-01213-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 80 |

IT IS STIPULATED AND AGREED by and between the Plaintiff The Learning Center, Inc. and Defendant Hartford Casualty Insurance Company by and through their counsel of record that the claims against HARTFORD CASUALTY INSURANCE COMPANY dba THE HARTFORD in the above matter rising out of Case No.2:19-cv-01213, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorneys fees and costs.

DATED: March 28, 2022

**BULLIVANT HOUSER BAILEY PC**

By  /s/ Andrew B. Downs, Esq.
Andrew B. Downs, Esq.
Nevada Bar No. 8052
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Attorneys for Defendant Hartford Casualty Insurance Company

DATED: March 28, 2022

**BOWEN LAW OFFICES**

By   /s/ *Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
9960 W. Cheyenne Ave., Ste. 250
Las Vegas, NV 89129
Attorneys for Plaintiff The Learning Center, Inc

**ORDER**

Based on the parties' stipulation **[ECF No. 80]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 30, 2022